PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Moses Perez      **Docket Number:** 09-00615-001
     **PACTS Number:** 51091

**Name of Sentencing Judicial Officer:** Honorable Jose L. Linares, United States District Judge

**Date of Original Sentence:** 03/20/2000

**Original Offenses:** Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

**Original Sentence:** 89 months imprisonment; 3 years supervised release; $500 fine; $100 special assessment. Special conditions: 1) Drug Testing and Treatment; 2) DNA Collection

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 02/27/2009

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To Be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**      **Nature of noncompliance**

1. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

   The offender submitted urine samples which yielded positive results for the presence of a controlled dangerous substance on the following dates: May 19, July 2, August 4, August 13, August 20 and September 15, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Adriana Garcia
U.S. Probation Officer

---

## THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/14/2009
Date