PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Moses Perez                                  Cr.: 09-00615-001
                                                               PACTS #: 51091

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 03/20/00

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 89 months imprisonment; 3 years supervised release; $500 fine; $100 special assessment.
Special Conditions: 1) Drug testing and treatment; 2) DNA collection

Type of Supervision: Supervised Release           Date Supervision Commenced: 02/27/09

## NONCOMPLIANCE SUMMARY

**U.S. Probation Officer Action:**

As a result of our resubmission of the Probation 12C, a duplicate warrant was issued. We respectfully request that the duplicate warrant issued on January 28, 2010, be vacated.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 02/08/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: Vacate duplicate warrant issued on January 28, 2010.

Honorable Jose L. Linares

3-1-10
Date